Your Honor,                                              6-23-20

I Ashley Wagner would like to be considered for emergency compassionate release. Due to this pandemic I am at risk of catching COVID-19. I am incarcerated here at FSL Danbury where Social Distancing is inavoidable. I am concerned for my health during my stay here. Currently FSL Danbury has a lawsuit against them for not protecting us properly from the COVID-19. I have an adress where I can do Home Confiement or also I could go to a halfway house if you will take this into consideration. I will be residing with Steven Nicola at 358 Valentine Dr. Martinsburg WV 25403 Please take this letter into consideration. Thank you.

Ashley Wagner